UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Clarence L. DePass                     Case No.  14-37130-LMI
                                                Chapter 13

_____ Debtor/

## DEBTOR'S EMERGENCY MOTION FOR RECONSIDERATION OF THE COURT'S FEBRUARY 9, 2015, ORDER DENYING THE DEBTOR'S (*PRO SE*) MOTION TO REINSTATE WITHOUT PREJUDICE AND/OR TO SHORTEN THE PREJUDICE PERIOD

Debtor, Clarence L. DePass, moves the Court for reconsideration of the Court's February 9, 2015, Order Denying the Debtor's (*pro se*) Motion to Reinstate Case without Prejudice and/or to Shorten the Prejudice Period and in support thereof states:

1.      The Debtor filed this *pro se* Chapter 13 bankruptcy petition on December 11, 2014, which was dismissed on December 24, 2014, for failure to file a creditor matrix [ECF# 13].

2.      Upon information and belief, the Debtor attempted to file his *pro se* creditor matrix (hand-written) on December 30, 2014 [ECF# 18] which is docketed as a motion to reinstate case.

3.      The Court denied the Debtor's *pro se* motion to reinstate [ECF# 18] "without prejudice for lack of prosecution" [ECF# 25]. Upon information and belief, the Court verbally advised the Debtor to try to obtain counsel to represent him.

4.      The Debtor has since come to Legal Services of Greater Miami, Inc. for assistance in saving his home.

5.      Moreover, the Debtor has deposited the first two plan payments (including the 10% trustee fee) in the undersigned's trust account.

6. The Debtor's home, the sole reason for filing this bankruptcy, is scheduled to be sold on February 27, 2015, pursuant to a pending reverse mortgage foreclosure in state court, Case No. 2013- 21720 -CA-01.

7. The Debtor respectfully requests the Court reinstate his dismissed bankruptcy so that he may try to save his home.

8. Alternatively, the Debtor requests the Court shorten the prejudice period to allow him to immediately refile before the February 27, 2015, scheduled sale of his home.

>Respectfully submitted,
>LEGAL SERVICES OF GREATER MIAMI, INC.
>Attorneys for Debtor
>3000 Biscayne Blvd., Suite 500
>Miami, Florida 33137
>Telephone: (305) 438-2401
>Facsimile: (305) 573-5800
>       /s/
>Jacqueline C. Ledón, Esq.
>Florida Bar No.: 0022719