UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)
☒ 2nd Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ___ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Clarence DePass**     JOINT DEBTOR: _____     CASE NO.: **14-37130-LMI**

Last Four Digits of SS# **xxx-xx-7783**     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

- A. $ **275.85** for months **1** to **60** ;
- B. $ _____ for months _____ _____ ;
- C. $ _____ for months _____ _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ _____ **0.00**   TOTAL PAID $   **0.00**

Balance Due   $   **-NONE-** payable $ _____ /month   (Months _____ to _____ )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Champion Mortgage Company     Arrearage on Petition Date  $ **11,546.53**
   c/o Butler & Hosch, P.A.
   3185 S. Conway Rd, Ste. E
   Address:   Orlando, FL 32812     Arrears Payment $   **192.44** /month (Months **1** to **60**)
                                    Arrears Payment $   _____ /month (Months __ to __)
   Account No:  B&H #321575         Regular Payment $   _____ /month (Months __ to __)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]
_____   Total Due   $ _____
         Payable     $ _____ /month   (Months __ to __)   Regular Payment $   0

Unsecured Creditors: Pay $ **58.33** /month (Months **1** to **60**).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

At the request of the Chapter 13 Trustee, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(f)(1),(2),(3) and (4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| | |
|---|---|
| /s/ | |
| **Clarence DePass** | |
| Debtor | Joint Debtor |
| Date: May 8, 2015 | Date: |