UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                  Case No. 14-37130-LMI

CLARENCE L. DEPASS                      Chapter: 13

Debtor(s).

**SECRED CREDITOR'S AMENDED RESPONSE TO
<u>DEBTORS' OBJECTION TO CLAIM NO. 1-1</u>**

Secured Creditor, **Nationstar Mortgage, LLC d/b/a Champion Mortgage**, by and through its undersigned attorney, files its amended response to Debtors' Objection to Claim No. 1-1 (the "Objection")(D.E. #63) and states as follows:

1.      Debtor(s) own(s) the real property located at, 9156 North West 5th Ave, Miami FL 33150, By Virtue Of Mortgage Which Is Recorded in Official Records Book 25636, Pages 0371, in the Official Records of Miami-Dade County in the amount of $450,000.00.

2.      The Proof of Claim 1-1 (the "Claim") filed by Secured Creditor dated May 1, 2015 (Claim No1-1), shows a total arrearage amount due under its Mortgage of $51,836.13, and the total debt of $320,368.57.

3.      Secured Creditor asserts that the $7,613.53 will be added to the principal balance in the event that the borrower completes the plan payments to the trustee to cure all default. Once the default balance included taxes and insurance is paid in full, the remaining balance of $7,613.53 in foreclosure fees will be added to the remaining principal balance.

4.      Secured Creditor's Proof of Claim reflects the arrearage of taxes and insurance for the years 2008-2014 in the amount of $51,836.13.

10387499.1

5. Secured Creditor has already reduced the forced placed insurance payments to judgment for the years of 2012-2014. Any objection to the forced placed insurance from 2012 through 2014 must have been objected to within the state court foreclosure case. Debtor has waived his right to object to the forced placed insurance amounts.

6. It is Secured Creditor's claim that the Secured Creditor paid the taxes and insurance on behalf of the debtor due to their default on same for the years of 2008 through 2011.

7. Secured Creditor's claim of taxes and insurance for the years of 2008 through 2011 are fully described in the invoices attached. See Composite Exhibit "A" attached.

8. Secured Creditor reserves the right to file an additional response to the Objection.

**I HEREBY CERTIFY** that on this 9th day of September, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the CM/ECF participants and/or via U.S. Mail to all non CM/ECF participants listed on the attached Mailing List.

*Debtor*
**Clarence L. Depass**
9156 N.W. 5th Avenue
Miami, FL 33150

*Debtor's Counsel*
**Jacqueline C. Ledon, Esq.**
3000 Biscayne Blvd. #500
Miami, FL 33137

*Trustee*
**Nancy K. Neidich**
www.ch13herkert.com
POB 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the U.S. Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

10387499.1

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    /s/ Marc E. Brown, Esq._____
**Marc E. Brown Esq.**
Florida Bar #30077
**GREENSPOON MARDER, P.A.**
100 West Cypress Creek Road – Suite 700
Fort Lauderdale, FL 33309
Telephone: (954) 491-1120
Facsimile: (954) 343-6982
Email: marc.brown@gmlaw.com

10387499.1