**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

X Third_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Clarence DePass   JOINT DEBTOR: _____   CASE NO.: 14-37130 LMI
Last Four Digits of SS# 7783   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A. $ 269.56  for months 1  to 12 ;
  B. $ 498.78  for months 13 to 59 ;
  C. $ 553.78  for months 60 to _____; in order to pay the following creditors:

Administrative:  Attorney's Fee - $____0____ TOTAL PAID $ ____0____
            Balance Due  $_____ payable $_____/month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Champion Mortgage Company   Arrearage on Petition Date  $ 25,000
Address: Mortgage Department     Arrears Payment    $ 269.56  /month (Months 1 to 12)
3900 Capital City Blvd               Arrears Payment    $ 453.44  /month (Months 13 to 60)
Orlando FL. 32812                    Regular Payment   $ NA       /month (Months ___ to ___)
Account No: 0980

2. _____   Arrearage on Petition Date  $_____
Address: _____       Arrears Payment    $_____/month (Months ___ to ___)
                                          Regular Payment   $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
                          Payable  $_____/month (Months ___ to ___) Regular Payment $_____
2. _____  Total Due $_____
                          Payable  $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $ 50.00  /month (Months 60 to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

At the request of the Chapter 13 Trustee, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(f)(1),(2),(3) and (4).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Clarence DePass
Debtor                                                              Joint Debtor
Date: December 21, 2015                                  Date: _____

LF-31 (rev. 01/08/10)