

ORDERED in the Southern District of Florida on December 21, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:   Clarence L. Depass                              Case No.14-37130
                                                          Chapter 13

Debtor_____/

### AGREED ORDER CANCELING HEARING ON OBJECTION TO PROOF OF CLAIM SET FOR DECEMBER 23, 2015

The Court has been notified that the parties have reached a settlement in that creditor Nationstar Mortgage LLC dba Champion Mortgage will file an Amended Proof of Claim seeking a total of $25,000 and that Debtor Clarence L. Depass will withdraw his Objection to the Proof of Claim and file an Amended Chapter 13 Plan, it is therefore

ORDERED that:

1.   The hearing on this matter set for Wednesday, December 23, 2015, at 3:30 p.m., is cancelled.

# # #

The party submitting the order shall serve a copy of the
signed order on all required parties and file with the court
a certificate of service conforming with Local Rule 2002-1(F).