

**ORDERED in the Southern District of Florida on February 14, 2017.**

_____
Laurel M. Isicoff
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

                              CASE No. 14-37130-LMI

CLARENCE L. DEPASS                   CHAPTER 13

                    DEBTORS(s).
_____/

**ORDER OF RELIEF CONDITIONING THE STAY
UPON DEBTOR'S FILING OF A MODIFIED PLAN**

THIS CASE came before the Court on February 1, 2017 for an evidentiary hearing on the Motion for Relief from Automatc Stay [ECF #104], pursuant to 11 U.S.C. § 362, filed by CHAMPION MORTGAGE COMPANY (the "Creditor"). Having considered the evidence, including the testimony of witnesses, and argument of counsel, and based on the record, it is

ORDERED AND ADJUDGED that:

1. The automatic stay will continue in place subject to the Debtor filing a modified plan that cures the post-petition arrears owed to the Creditor in the amount of $8,395.00.

2. The Court finds that the force placed insurance premiums for the periods of 2014-2015 and 2015-2016 are reasonable. Accordingly, the Debtor's Opposition to the Motion for Relief from Stay is overruled.

3. The 2016-2017 insurance policy currently in place and provided by the Debtor to the Creditor provides adequate protection to the Creditor.

4. Should the Debtor fail to insure the subject real property or fail to maintain current his real estate taxes, the Creditor may seek immediate relief from stay with the filing of an Affidavit of Default, a copy which must be served on Debtor's attorney. Within 14 days of the filing of the Creditor's Affidavit of Default, the Debtor may file a counter affidavit attaching proof of current taxes and insurance. No other form of response shall be entertained. If no counter affidavit is timely filed, the Creditor may upload an Order granting the Creditor stay relief.

Copies furnished to:

Shirley Palumbo, Esq.
Jacqueline Ledon, Esq.

**Attorney Shirley Palumbo, Esq. is directed to mail a conformed copy of this Order to all interested parties listed below and to file a Certificate of Service with the clerk of the Bankruptcy Court.**