UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 14-37130

Clarence L Depass
    Debtor

_____/

OBJECTION TO MOTION TO MODIFY
(Failure to provide required information)

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee") files this Objection to the Motion to Modify for failure to provide required information and states as follows:

1) The Plan requires the Debtor to provide her tax returns. The Trustee has not received the 2015- 2016 tax returns.

2) The Debtor has not docketed a certificate of service of the plan

WHEREFORE, the Trustee requests that the Motion to Modify be denied unless the deficiency is cured.

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
Amy Carrington, Esq.
FLORIDA BAR NO: 101877

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Objection to Motion to Modify was served through NEF on debtor's attorney

NANCY K NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE